1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10
JOE HAND PROMOTIONS, INC.,)         CASE NO.  CV 00-0749-RMT-E
11
             Plaintiff,        )
12                             )        RENEWAL OF DEFAULT JUDGMENT
     vs.                       )
13                             )
     LORENA MARTINEZ MORA,     )
14   individually and dba Las Brisas )
     Restaurant aka Grand Bar, )
15                             )
             Defendant.        )
16   _____)

17        Based upon the application for renewal of the judgment of the original

18   judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320,

19   and for good cause appearing, therefore,

20        The judgment to and against Defendant LORENA MARTINEZ MORA,

21   individually and dba Las Brisas Restaurant aka Grand Bar, the Default Judgment

22   entered on 2/16/01 (copy attached) is hereby renewed in the amounts as set forth

23   below:

24        Renewal of money judgment

25        a. Total judgment              $6,800.00
          b. Costs after judgment        $  -0-
26        c. Attorneys fees:             $  -0-
          d. Subtotal (*add a and b*)    $6,800.00
27        e. Credits after judgment      $  -0-
          f. Subtotal (*subtract d from c*) $6,800.00
28

g.  Interest after judgment                                    $1,700.00
h.  Fee for filing renewal application                         $  -0-
l.  **Total renewed judgment** *(add e, 5, and g)*             $8,500.00

DATED: 12/21/10 _____          CLERK, by  Lori Muraoka _____,
                                          Deputy

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 00-00749-RMT-E

2